UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:24-cr-00347-D-RN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GARRETT THOMAS WEST | ORDER TO SEAL |

On motion of the Defendant, Garrett Thomas West, and for good cause shown, it is hereby ORDERED that **DE 62** be sealed until further notice by this Court.

IT IS SO ORDERED.

This 17 day of September, 2025.

JAMES C. DEVER III
United States District Court Judge